**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Edmundo M. Zevallos    JOINT DEBTOR: _____    CASE NO.: 13-33641-LMI
Last Four Digits of SS# 1534    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.    $ 414.20   for months   1   to   36  ;

Administrative: Attorney's Fee - $5,200.00 _____ TOTAL PAID $ 1,500.00 _____
                 Balance Due   $ 3,700.00   payable $ 102.78 /month (Months  1  to  36 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Peninsula Condo Association, Inc.,        Regular Payment   $ 260.00   /month (Months   1   to   36  )
   c/o Amprex Property Management, Inc.
   Address: 10250 Miller Drive, Suite C-102
            Miami, FL 33165
   Account No: #121

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Association:<br>Peninsula Condo Association, Inc.<br>c/o Amprex Property Management, Inc.<br>10250 Miller Drive, Suite C-102<br>Miami, FL 33165<br><br>Acct No.: 121 | Property Address:<br>1350 SW 122nd Avenue, # 121<br>Miami, FL 33184<br><br>Value: $ 112,354.00 | 0% | $0.00 | 1 to 36 | $0.00 |
| Second Mortgage:<br>Jose Horta<br>7188 West 4th Court<br>Hialeah, FL 33014 | Property Address:<br>1350 SW 122nd Avenue, # 121<br>Miami, FL 33184<br><br>Value: $ 112,354.00 | 0% | $0.00 | 1 to 36 | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due $ _____
                         Payable  $ _____ /month (Months ___ to ___) Regular Payment $ _____

Unsecured Creditors: Pay $ 10.00 _____ /month (Months  1  to  36 ).
                     Pay $ _____ /month (Months ___ to ___).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor surrenders his interest in the property located at: 5200 NW 31st Avenue, J173, Fort Lauderdale, FL 33309. Bank of America, N.A., Acct No.: 162152318 and Villas at Lakeview Condo Assoc. J203 are granted in rem stay relief to pursue its collateral. Wells Fargo Bank, N.A., shall be paid directly for the property located at: 1350 SW 122 Avenue, Apt 121, Miami, FL 33184. American Honda Finance, Acct No. 106173456, shall be paid directly for the 2009 Acura TSX, VIN: JH4CU266X9C012367.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor _[signature]_                     Joint Debtor _____
Date: 12-13-2013                         Date: _____

LF-31 (rev. 01/08/10)