B6 Summary (Official Form 6 - Summary) (12/13)

**Amended**

# United States Bankruptcy Court
Southern District of Florida

In re   Edmundo M. Zevallos                     Case No.  13-33641
                    Debtor
                                                 Chapter   13

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 172,430.00 | | |
| B – Personal Property | YES | 3 | $ 16,357.01 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 3 | | $ 417,380.15 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $ 7,866.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 3,671.08 |
| J - Current Expenditures of Individual Debtors(s) | YES | 3 | | | $ 3,255.62 |
| TOTAL | | 23 | $ 188,787.01 | $ 425,246.15 | |

# United States Bankruptcy Court
## Southern District of Florida

In re  Edmundo M. Zevallos  
　　　　　　　Debtor

Case No. 13-33641  
Chapter 13

*Amended*

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ 3,671.08 |
| Average Expenses (from Schedule J, Line 22) | $ 3,255.62 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ 2,825.13 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 214,547.74 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 7,866.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 222,413.74 |

B6A (Official Form 6A) (12/07)

In re  Edmundo M. Zevallos                        Case No. 13-33641
           Debtor                                    (If known)

**AMENDED**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1350 SW 122th Avenue, #121, Miami, FL 33184 | | | 112,354.00 | 163,457.74 |
| 5200 NW 31st Avenue, J173, Ft. Lauderdale, FL 33309 | | | 60,076.00 | 247,631.41 |
| | | Total ▶ | 172,430.00 | |

(Report also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

**AMENDED**

In re  Edmundo M. Zevallos  ,  Case No 13-33641
         Debtor                                                                               (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."
    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)
    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 09046673<br>Adorno & Yoss LLP<br>PO Box 143107<br>Miami, FL 33114-3107 | | | 5200 NW 31st Ave #J173<br>Ft. Lauderdale, FL 33309<br><br>VALUE $ 60,076.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. 106173456<br>AMERICAN HONDA FINANCE<br>PO BOX 1027<br>ALPHARETTA, GA 30009 | | | Lien: PMSI in vehicle < 910 days<br>2009 Acura TSX<br>Vin No. JH4CU266X9C012367<br><br>VALUE $ 11,000.00 | | | | 10,106.00 | 0.00 |
| ACCOUNT NO. 162152318<br>BANK OF AMERICA, N.A.<br>4161 PIEDMONT PKWY<br>GREENSBORO, NC 27410 | | | Lien: First Mortgage<br>5200 NW 31st Avenue, J173<br>Ft. Lauderdale, FL 33309<br><br>VALUE $ 60,076.00 | | | | 227,335.00 | 167,259.00 |

  2  continuation sheets attached

Subtotal ▶ $ 237,441.00 | $ 167,259.00
(Total of this page)
Total ▶ $ | $
(Use only on last page)
                                                           (Report also on       (If applicable, report
                                                           Summary of Schedules)  also on Statistical
                                                                             Summary of Certain
                                                                              Liabilities and Related
                                                                              Data.)

B6D (Official Form 6D) (12/07) — Cont.

*AMENDED*

In re  Edmundo M. Zevallos                              ,          Case No.  13-33641
              Debtor                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Jose R. Horta<br>7188 West 4th Court<br>Hialeah, FL 33014 | | | Lien: Second Mortgage<br>Property Address:<br>1350 SW 122 Avenue, # 121<br>Miami, FL 33184<br><br>VALUE $        112,354.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. 2009-CA-044722<br>Peninsula Association, Inc.<br>1300 Southwest 122nd Avenue, Apt 210<br>Miami, FL 33184 | | | Lien: Association<br>Property Address:<br>1350 SW 122 Avenue, Apt 121<br>Miami, FL 33184<br><br>VALUE $        112,354.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br>Peninsula Condo Assoc. Inc.<br>c/o Amprex Property Management, Inc.<br>10250 Miller Drive, Ste C102<br>Miami, FL 33165 | | | Lien: Association<br>Property Address:<br>1350 SW 122 Avenue, Apt 121<br><br>VALUE $        0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. 1027600000198<br>RUSHMORE<br>PO BOX 514707<br>LOS ANGELES, CA 90051 | | | Property Address:<br>1350 SW 122 Avenue, Apt 121<br><br>VALUE $        112,354.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. J203<br>Villas at Lakeview Condo Assoc<br>c/o APG Partners LLC<br>300 Aragon Ave, Ste 210<br>Coral Gables, FL 33431 | | | Lien: Association<br>5200 NW 31st Avenue, J173<br>Ft. Lauderdale, FL 33309<br><br>VALUE $        60,076.00 | | | | 20,296.41 | 0.00 |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)    $  20,296.41    $
(Total(s) of this page)
Total(s)    $            $
(Use only on last page)
(Report also on    (If applicable, report
Summary of Schedules)  also on Statistical
                                       Summary of Certain
                                       Liabilities and Related

B6D (Official Form 6D) (12/07) – Cont.

**AMENDED**

In re   Edmundo M. Zevallos                              ,          Case No.   13-33641
                     Debtor                                                 (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2009-CA-044722<br>Wells Fargo Bank, NA<br>c/o Carlos M. Ferreyros, Esq.<br>3185 South Conway Road, Suite E<br>Orlando, FL 332812 | | | Lien: First Mortgage<br>Property Address:<br>1350 SW 122 Avenue, Apt 121<br>Miami, FL 33184<br>VALUE $ 112,354.00 | | | | 159,642.74 | 47,288.74 |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s) (Total(s) of this page)   $ 159,642.74   $ 47,288.74

Total(s) (Use only on last page)   $ 417,380.15   $ 214,547.74

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related

B6 (Official Form 6 - Declaration) (12/07)

In re  Edmundo M. Zevallos
_____
Debtor

Case No. 13-33641
_____
(If known)

*Amended*

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  12-19-2013            Signature: _[signed]_
                                        Debtor

Date _____         Signature: Not Applicable
                                        (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____              _____
Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                   *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____              _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____

                                                      _____
                                                      [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.